# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAM H. NGUYEN, | ) | Case No. SA CV 21-1454 FMO (JPRx) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| T. CISNEROS, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and petitioner's Objections to the Report and Recommendation.  The court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the recommendations of the Magistrate Judge.  ACCORDINGLY, IT IS ORDERED that:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this Order.

3. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated this 30th day of August, 2022.

/s/
Fernando M. Olguin
United States District Judge