JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM H. NGUYEN,<br><br>   Petitioner,<br><br>   v.<br><br>T. CISNEROS,<br><br>   Respondent. | Case No. SA CV 21-1454 FMO (JPRx)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

Dated this 30th day of August, 2022.

/s/
Fernando M. Olguin
United States District Judge